1  McGREGOR W. SCOTT
   United States Attorney
2  YOSHINORI H. T. HIMEL
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2760

5  Attorneys for Petitioners

8  IN THE UNITED STATES DISTRICT COURT FOR THE

9  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and REBECCA AYOTTE, Revenue Agent, Internal Revenue Service,<br><br>  Petitioners,<br><br>  v.<br><br>JEFFREY FISHER,<br><br>  Respondent. | 2:06-mc-00007-DFL-JFM<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONSES**<br><br>Taxpayer: Jeffrey Fisher |

   The United States and Revenue Officer Rebecca Ayotte have filed a petition for enforcement of two IRS summonses. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c).

   On June 5, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

   The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations, filed June 5, 2006, are adopted in full.

1

2.  The summonses issued to respondent, Jeffrey Fisher, are enforced.

3.  Respondent, Jeffrey Fisher, shall appear at I.R.S. offices at 4330 Watt Avenue, Sacramento, California, 95821, before Revenue Officer Rebecca Ayotte or her designated representative, within 21 days of the issuance of this order, or at an alternate time and date to be set by Revenue Officer Ayotte, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summonses, the examination to continue from day to day until completed.

DATED: November 7, 2006

/s/ David F. Levi
UNITED STATES DISTRICT JUDGE

/fish0007.801